UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERONICA RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-446 |
| | § | |
| RIGOBERTO POMPA GARCIA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REMANDING CASE

Pursuant to the Court's Order Granting United States of America's Motions to Dismiss (D.E. 47), the parties were given until November 12, 2019 to file any request for relief from the Court's intention to remand this action. As no timely objection to remand has been filed, the Court remands all remaining claims by and between Veronica Ramirez, Individually and as Representative of the Estate of Martin Gomez Arrellano and as Next Friend of A.A.G., a Minor, Rigoberto Pompa Garcia, Gregorio Valdez, Juan Enrique Escobedo Moreno, and PACCAR, Inc.[1] The claims are remanded to the 92nd Judicial District Court of Hidalgo County, Texas, the court from which the case was removed.

ORDERED this 20th day of November, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Blanca Gomez Arellano, Individually and as Representative of the Estate of Martin Gomez Arellano alleged claims in an original complaint (D.E. 43) filed in this Court only against the United States of America. Pursuant to the Court's Order (D.E. 47), those claims have been disposed of in their entirety by the Partial Final Judgment (D.E. 49).

1 / 1